IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 20 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**MELISSA WALLS**            **PLAINTIFF**

v.        Case No. 4:20cv1379-BSM

**NORTH LITTLE ROCK SCHOOL DISTRICT**     **DEFENDANT**

**COMPLAINT**

This case assigned to District Judge Miller
and to Magistrate Judge Harris

Plaintiff Melissa Walls ("Plaintiff"), for her Complaint against the Defendant North Little Rock School District (NLRSD), states the following:

### I. Jurisdiction and Venue

1. Plaintiff, who is African-American, is a resident of Lonoke County, Arkansas.

2. Defendant is a school district located in Pulaski County, Arkansas, and is a political subdivision with power to sue and to be sued and power to contract and to be contracted with pursuant to Ark. Code Ann. § 6-13-102(a).

3. This Court's subject matter jurisdiction is invoked pursuant to 28 U.S.C. §§ 1331 and 1343. The Plaintiff also requests that the Court exercise supplementary jurisdiction over her state law claim pursuant to 28 U.S.C. § 1367. Venue is appropriate in the Eastern District of Arkansas.

### II. Factual Background

1

4. Since August 2002, Plaintiff has been employed with the NLRSD. She currently serves as a special education teacher.

5. In May 2019, Plaintiff applied for a promotion to the position of special services coordinator at the NLRSD. On May 29, 2019, she was informed that she was not selected to fill this vacancy. Defendant chose Leigh Anna Askins, who is white, for the position.

6. Defendant hired Askins even though Plaintiff was more qualified to be special services coordinator and did so under circumstances leading to a reasonable inference of race discrimination. It is undisputed that the NLRSD considered Plaintiff to meet the minimum qualifications for the job because she survived the screening process and was subsequently interviewed. Plaintiff had more experience as a certified special education teacher than Askins did. She had worked at the NLRSD in special education for 14 years while Askins had only 7 years of similar experience. The interview rating sheet listed two skills that Plaintiff had greater experience in when compared to Askins, yet the committee decided not to score: (1) computer skills; and (2) attitudes towards diversity and staff. One of the committee members specifically noted on her scoring sheet that Plaintiff would have rated higher otherwise. The same rater did not make a similar notation regarding Askins.

7. The only specific reason that Defendant gave for not promoting Plaintiff was that Plaintiff lacked the appropriate certification (curriculum/program administration/special education P-12, or district administration P-12). This reason was a pretext. Askins did not have this kind of licensure either when she applied. There were applicants who did possess this licensure yet failed to receive an interview. In addition, the interview committee awarded Askins six points for possessing a teacher's license with the appropriate certification that were not given to Plaintiff

even though Askins lacked the appropriate certification at the time she applied to be special services coordinator.

8. On October 18, 2019, Plaintiff filed a Charge of Discrimination alleging race discrimination with the Equal Employment Opportunity Commission (EEOC). *See Exhibit 1, Charge of Discrimination*. On August 27, 2020, the EEOC issued a Dismissal and Notice of Rights to Plaintiff. *See Exhibit 2, Dismissal and Notice of Rights*. This Complaint is timely according to both 42 U.S.C. § 2000e-5(f)(1) (Title VII of the Civil Rights Act of 1964 as amended) and Ark. Code Ann. §§16-123-107(c)(3) (Arkansas Civil Rights Act of 1991).

### III. Plaintiff's Race Discrimination Claim

9. Plaintiff re-alleges and incorporates Paragraphs 1-8.

10. Because the NLRSD failed to promote Plaintiff to the position of special services coordinator on account of her race, Defendant violated Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000(e)), the Equal Protection Clause of the Fourteenth Amendment (as enforced by 42 U.S.C. § 1983), and the Arkansas Civil Rights Act of 1993 (Ark. Code Ann. § 16-123-107).

11. Plaintiff suffered lost wages and experienced mental anguish and distress, humiliation and embarrassment, and a loss of reputation for which she should be awarded compensatory damages.

12. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff respectfully prays for the following relief:

(1) injunctive relief;

(2) making her the special services coordinator;

(2) back pay;

(3) front pay;

(5) compensatory damages;

(6) attorney's fees and costs; and

(7) all other proper legal and equitable relief.

                Respectfully submitted,

                John W. Walker, P.A.
                1723 Broadway
                Little Rock, Arkansas 72206
                501- 374-3758
                501-374-4187 (fax)
                Email: schilds@gabrielmail.com

                */s/ Shawn G. Childs*
                Shawn G. Childs
                AR Bar No. 99058

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>493-2019-01913 |
|---|---|---|

_____null_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Melissa Walls | Home Phone<br>(501) 247-0412 | Year of Birth |
|---|---|---|
| Street Address<br>8 Geraldine Street, | City, State and ZIP Code<br>WARD, AR 72176 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>NORTH LITTLE ROCK SCHOOL DISTRICT | No. Employees, Members<br>15 - 100 | Phone No.<br>(501) 771-8000 |
|---|---|---|
| Street Address<br>5500 Lynch Drive, | City, State and ZIP Code<br>N Little Rock, AR 72117 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-29-2019   Latest: 05-29-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired in August 2002. In May 2019 I applied for the Coordinator of Special Services position. On or about May 29, 2019 I learned I was not selected.

I was not given a reason why I was not selected.

I believe that I was denied a promotion due to my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally signed by Melissa Walls on 10-18-2019 10:16 AM EDT | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EXHIBIT 1

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Melissa Walls**
    **8 Geraldine Street**
    **Ward, AR 72176**

From: **Little Rock Area Office**
        **820 Louisiana**
        **Suite 200**
        **Little Rock, AR 72201**

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2019-01913 | **Matilda S. Louvring,** Investigator | (501) 324-5535 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*          08/27/2020

Enclosures(s)        **William A. Cash, Jr.,** Area Office Director      *(Date Mailed)*

cc: **Jay Bequette**
    **Bequette, Billingsley & Kees**
    **425 W. Capitol Ave., Ste. 3200**
    **Little Rock, AR 72201**

EXHIBIT 2